

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00992-CR

**EX PARTE** Luis Miguel **BERNAL MORALES**

From the County Court, Kinney County, Texas
Trial Court No. 11134CR
Honorable Susan D. Reed, Judge Presiding

PER CURIAM

Sitting:     Irene Rios, Justice
            Beth Watkins, Justice
            Liza A. Rodriguez, Justice

Delivered and Filed: March 6, 2024

DISMISSED

Appellant, Luis Miguel Bernal Morales, has filed a motion to dismiss his appeal. *See* TEX. R. APP. P. 42.2(a). The motion, which is signed by Bernal Morales and his counsel, complies with Texas Rule of Appellate Procedure 42.2(a). *See id*. No opinion has issued.

Accordingly, we grant the motion and dismiss this appeal. *See id*. We dismiss any other pending motions as moot.

PER CURIAM